UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:05-CR-140 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| RONALD CHARLES MCCLURE ) | |
| ) | |

## O R D E R

For the reasons set forth in the accompanying memorandum, it is **ORDERED** the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 17) pursuant to 28 U.S.C. § 636(B)(1)(C) and Defendant's motion to suppress (Court File No. 13) is hereby **DENIED.** Further, the Court **DENIES** Defendant's request for a *de novo* hearing (Court File No. 18).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**